IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BETTY J. MARSHALL                                                                                   PLAINTIFF

v.                                               Civil No. 3:09-cv-03071

MICHAEL J. ASTRUE, Commissioner                                                  DEFENDANT
Social Security Administration

## J U D G M E N T

Now on this 25th day of February, 2011, comes on for consideration the Report and Recommendation dated November 30, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner, and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g) (2006).

If plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable" i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

IT IS SO ORDERED.

                                                /s/ Jimm Larry Hendren
                                          HON. JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE