IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BETTY MARSHALL                                                                                      PLAINTIFF

vs.                                        Civil No. 3:09-cv-03071

MICHAEL J. ASTRUE                                                                                DEFENDANT
Commissioner, Social Security Administration

## ORDER

Before the Court is the Report and Recommendation filed on June 6, 2011 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 14. Judge Bryant recommends that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act ("EAJA") be **GRANTED**. Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

Accordingly, this Court finds that Plaintiff's counsel is entitled to compensation under the EAJA in the amount of $1,276.10. This award represents 3.95 attorney hours at an hourly rate of $155.00, 8.20 paralegal hours at an hourly rate of $75.00, and costs of $48.85. This amount should be paid in addition to, and not out of, any past due benefits which Plaintiff may be awarded in the future.

The parties are reminded that the award herein under the EAJA will be taken into account at such time as a reasonable fee is determined pursuant to 42 U.S.C. § 406 in order to prevent double recovery by counsel for Plaintiff.

**IT IS SO ORDERED, this 27th day of June, 2011.**

                                                                             /s/ Jimm Larry Hendren
                                                                             HON. JIMM LARRY HENDREN
                                                                             UNITED STATES DISTRICT JUDGE